UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

ELECTRONIC DEBTOR DROPBOX VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case and acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 12/8/2025  By: Joseph Christopher Smith

NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

GREG PADILLA BAIL BONDS
530 I STREET
SACRAMENTO, CA 95814

STATE OF CALIFORNIA FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812

CITY OF SACRAMENTO DEPT. OF UTILITIES
1395 35TH AVENUE
SACRAMENTO, CA 95822

YOLO COUNTY DISTRICT ATTORNEY
301 SECOND STREET
WOODLAND, CA 95695

SACRAMENTO COUNTY TAX COLLECTOR
PO BOX 508
SACRAMENTO, CA 95812

SACRAMENTO COUNTY RECORDER
3636 AMERICAN RIVER DRIVE
SUITE 110
SACRAMENTO, CA 95864