United States Bankruptcy Court
Eastern District of California

In re:  
Joseph Christopher Smith  
    Debtor

Case No. 25-26906-A  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 1  
Date Rcvd: Dec 11, 2025     Form ID: pdf020     Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 24137698 | + | CITY OF SACRAMENTO DEPT OF UTILITIES, 1395 35TH AVENUE, SACRAMENTO CA 95822-2911 |
| 24137696 | + | GREG PADILLA BAIL BONDS, 530 I STREET, SACRAMENTO CA 95814-2334 |
| 24137701 | + | SACRAMENTO COUNTY RECORDER, 3636 AMERICAN RIVER DRIVE, SUITE 110, SACRAMENTO CA 95864-5952 |
| 24137700 | + | SACRAMENTO COUNTY TAX COLLECTOR, PO BOX 508, SACRAMENTO CA 95812-0508 |
| 24137699 | + | YOLO COUNTY DISTRICT ATTORNEY, 301 SECOND STREET, WOODLAND CA 95695-3415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: josephcsmith22@yahoo.com | Dec 12 2025 01:19:00 | Joseph Christopher Smith, 2518 U Street, Sacramento, CA 95818-1821 |
| 24137695 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2025 01:19:00 | NATIONSTAR MORTGAGE LLC, 8950 CYPRESS WATERS BLVD, COPPELL TX 75019-4620 |
| 24137697 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 12 2025 01:20:00 | STATE OF CALIFORNIA FRANCHISE TAX BOARD, PO BOX 2952, SACRAMENTO CA 95812-2952 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Trevor Fehr |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025      Signature:      /s/Gustava Winters

EDC.002–780

Page 1 of 2

 Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed  (v.6.0 – 11/24/2025)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California |
|---|
| **NOTICE OF INCOMPLETE FILING OR FILING OF OUTDATED FORMS AND<br>NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED** |

| In re<br><br>　　Joseph Christopher Smith<br><br><br>　　　　　　　　　　　　　　　　　　　Debtor(s). | Case Number<br><br>25–26906 – A – 11 |
|---|---|

The petition filed on 12/9/25 by the above–named debtor(s) was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or a motion for extension of time must be filed by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; <u>each date must be timely satisfied as to the documents governed by that date</u>)*.

If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

　　**The following document(s) must be received by the bankruptcy clerk's office by 12/23/25.** If documents were submitted and marked deficient, it may be because outdated forms were used, Please see page 2 for information on where to obtain current forms. Failure to resubmit documents on current forms may result in the case being dismissed. The Clerk's office will not compare revised forms to determine whether any information has been changed. To make changes to schedules, statements, and/or lists that have already been filed, these items should be marked "AMENDED" and should be submitted along with the appropriate fee, if necessary, and an amendment cover sheet (EDC Form 2–015).

　　　Form 122B Statement of Monthly Income
　　　List – 20 Largest Unsecured Creditors
　　　Summary of Assets and Liabilities

**The items listed in this notice are not necessarily all of the items that remain to be filed (see, for example 11 U.S.C. sec. 1116(1)).**

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following <u>on or before the earliest document due date specified above:</u>

1. **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;  **OR**
2. **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. <u>See</u> Fed. R. Bankr. P. 1007(c);

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents or to timely seek an extension of time may result in the <u>automatic dismissal</u> of this bankruptcy case <u>without further notice</u>.** If you have already complied with the above requirement(s), please disregard this notice.

Dated:  12/9/25

Scott Yach Clerk,
BY: rlos , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400

**FORMS**
Individual forms and form packages are available on the court's website at
https://www.caeb.uscourts.gov/Forms/Index