United States Bankruptcy Court
Eastern District of California

In re:     Case No. 25-26906-A
Joseph Christopher Smith     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 1
Date Rcvd: Jan 15, 2026     Form ID: pdf021     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Scott M. Sackett, 1 Capitol Mall #200, Sacramento, CA 95814-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: josephcsmith22@yahoo.com | Jan 16 2026 01:09:00 | Joseph Christopher Smith, 2518 U Street, Sacramento, CA 95818-1821 |
| ust | + Email/Text: ustpregion17.sc.ecf@usdoj.gov | Jan 16 2026 01:10:00 | Office of the U.S. Trustee, Robert T Matsui United States Courthouse, 501 I Street, Room 7-500, Sacramento, CA 95814-7304 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026     Signature:     /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 25-26906-A-11 |
| JOSEPH CHRISTOPHER SMITH, | |
| Debtor. | |

**Order Denying request for an Order Shortening Time**

1    It is hereby ordered that the Motion to Shorten Time to set the
2 Motion to Sell Free and Clear or Liens filed on January 15, 2026, ECF
3 No. 22, requesting a hearing for January 20, 2026, at 9:00 a.m., is
4 denied because creditors would not be given sufficient notice of the
5 sale.  The Plaintiff/Moving party may set this matter for hearing
6 through the timely set, self-set calendar procedures located on the
7 court's website.

Dated: January 15, 2026

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court

### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | **Office of the U.S. Trustee**<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA  95814 |