**Joseph Christopher Smith**
2518 U St,
Sacramento, CA 95818
PH: (628) 867-9502Email: <JMITH22@yahoo.com>

Debtor and Debtor-in-Possession, Pro Se

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>  Joseph Christopher Smith<br><br>Debtor. | Case No.: 2:25-bk-26906<br>Chapter 11 (Subchapter V)<br>Judge:  **Hon. Fredrick E. Clement** |

**ORDER SHORTENING TIME FOR HEARING AND NOTICE ON MOTION TO APPROVE SALE OF REAL PROPERTY, TO SELL FREE AND CLEAR OF STATE OF CALIFORNIA JUDGMENT LIEN AND OTHER JUNIOR LIENS AND INTERESTS, AND REQUEST FOR WAIVER OF 14 DAY STAY**

The Court considered Debtor's Motion for Order Shortening Time for Hearing and Notice on the Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14 Day Stay. Good cause appearing, IT IS HEREBY ORDERED:

1. The Motion to Shorten Time is GRANTED.

2. The hearing on Debtor's Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14 Day Stay is set for:

    Date: February 2, 2026
    Time: 9:00 a.m.
    Dept: A
    Courtroom: 28
    Judge: Hon. Fredrick E. Clement

A copy of this order, as well, as the motion and all supporting documents shall be served as follows:

1. Debtor shall serve the Sale Motion, supporting declaration, exhibits, and this Order on the (A) on all creditors in the manner prescribed in Federal Rule of Civil Procedure 5; and (B) on creditors entitled to service under Rule 7004; said service shall be accomplished not later than January 22, 2026 and a certificate of service in support of the motion shall be filed the same date.

2. Service may be made by email where an email address is available, and by overnight mail or opposition may be made orally at the hearing.

IT IS SO ORDERED.

Dated: January 20, 2026

_____
Fredrick E. Clement
United States Bankruptcy Judge