L154 Notice of Payment Due  (v.9.1 – 02/23/2023)     USBC,EDCA

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# NOTICE OF PAYMENT DUE

| In re | Case Number |
|---|---|
| Joseph Christopher Smith<br>**Debtor(s).** | 25–26906 – S – A – 11 |

The fee for a document filed by Joseph Christopher Smith was not paid in full at the time of filing. The document was entered on the docket on 1/15/26. The document number and docket text for this fee document is set forth below.

**[24] – Motion to Sell Free and Clear of Liens Filed by Debtor Joseph Christopher Smith (Fee Paid $0.00) (lbef)**

Full payment of fees is expected the same calendar day documents are filed. The required fee of **$199.00** is now **DUE AND PAYABLE**.

**For parties without an Attorney:** If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date. If you do not pay the fee before the hearing date, the court may take additional action at the hearing. To pay the fee that is due, money orders or cashier's checks, payable to "Clerk, U.S. Bankruptcy Court" are accepted in person or by mail at the address below. Debit card payments are accepted in person at the address below. **No cash accepted.** Personal checks from non–attorneys are not accepted. Please pay only the amount due. To ensure proper credit, please include the name and case number on money orders and cashier's checks. If you are unsure how much you owe to the court, you can contact the Clerk's office at the phone number at the bottom of the page.

**For Attorneys:** If your document was e–Filed, you may make your payment through the court's eCalWebFiling. If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date.

If you are unable to complete the payment transaction, or if you dispute the propriety or the amount of the fee due, please call the Clerk's Office at (916) 930–4400 during regular business hours.

If you need more information regarding this notice, you may view cases electronically through a PACER account or obtain Filing and Fee information from our web site at www.caeb.uscourts.gov.

Dated:  1/21/26

FOR THE COURT
Scott Yach Clerk,
BY: svif , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400