United States Bankruptcy Court
Eastern District of California

In re:                                                              Case No. 25-26906-A
Joseph Christopher Smith                        Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2                           User: auto                                    Page 1 of 1
Date Rcvd: Jan 20, 2026                   Form ID: pdf021                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

**Recip ID          Recipient Name and Address**
tr                +   Scott M. Sackett, 1 Capitol Mall #200, Sacramento, CA 95814-3228

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: josephcsmith22@yahoo.com | Jan 21 2026 05:37:00 | Joseph Christopher Smith, 2518 U Street, Sacramento, CA 95818-1821 |
| ust | + Email/Text: ustpregion17.sc.ecf@usdoj.gov | Jan 21 2026 05:38:00 | Office of the U.S. Trustee, Robert T Matsui United States Courthouse, 501 I Street, Room 7-500, Sacramento, CA 95814-7304 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026                       Signature:        /s/Gustava Winters

1 **Joseph Christopher Smith**
2 2518 U St,
Sacramento, CA 95818
3 PH: (628) 867-9502Email: JMITH22@yahoo.com
4
Debtor and Debtor-in-Possession, Pro Se
5
UNITED STATES BANKRUPTCY COURT
6 EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION
7
In Re: | Case No.: 2:25-bk-26906
8 Joseph Christopher Smith | Chapter 11 (Subchapter V)
9 | Judge: **Hon. Fredrick E. Clement**
Debtor.
10

11 **ORDER SHORTENING TIME FOR HEARING AND NOTICE ON MOTION TO
12 APPROVE SALE OF REAL PROPERTY, TO SELL FREE AND CLEAR OF STATE OF
CALIFORNIA JUDGMENT LIEN AND OTHER JUNIOR LIENS AND INTERESTS, AND
13 REQUEST FOR WAIVER OF 14 DAY STAY**

14 The Court considered Debtor's Motion for Order Shortening Time for Hearing and Notice
15
16 on the Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California
17 Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14 Day Stay. Good
18
19 cause appearing, IT IS HEREBY ORDERED:
20  1. The Motion to Shorten Time is GRANTED.
21  2. The hearing on Debtor's Motion to Approve Sale of Real Property, to Sell Free and Clear of
22
23 State of California Judgment Lien and Other Junior Liens and Interests, and Request for
24 Waiver of 14 Day Stay is set for:
25
Date: February 2, 2026
26 Time: 9:00 a.m.
Dept: A
27 Courtroom: 28
28 Judge: Hon. Fredrick E. Clement

A copy of this order, as well, as the motion and all supporting documents shall be served as follows:

1. Debtor shall serve the Sale Motion, supporting declaration, exhibits, and this Order on the
   (A) on all creditors in the manner prescribed in Federal Rule of Civil Procedure 5; and (B) on creditors following parties as soon as practicable after entry of this Order:
   entitled to service under Rule 7004; said service shall be accomplished not later than
   January 22, 2026 and a certificate of service in support of the motion shall be filed the same date.

   1. Subchapter V Trustee.
   2. Office of the United States Trustee.
   3. The People of the State of California, by serving the address listed on the Abstract of Judgment: Yolo County District Attorney's Office, 301 Second Street, Woodland, CA 95695
   4. Any foreclosing beneficiary, trustee, and servicer identified in the Notice of Default and/or Notice of Trustee's Sale
   5. All lienholders and all parties requesting notice, and all other parties entitled to notice of the Sale Motion.

2. Service may be made by email where an email address is available, and by overnight mail or personal delivery where email is not available.
   opposition may be made orally at the hearing.

3. Any objection to the Sale Motion must be filed with the Court and served on Debtor so that it is received no later than January 30, 2026 at 4:00 p.m.

4. If no timely objections are filed and served, the Court may grant the Sale Motion at the hearing.

5. The 14-day stay under Federal Rule of Bankruptcy Procedure 6004(h) is waived.

6. Debtor shall file a proof of service of the Sale Motion packet and this Order.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
Fredrick E. Clement
United States Bankruptcy Judge