Joseph Christopher Smith
2518 U St,
Sacramento, CA 95818
PH: (628) 867-9502
Email: JMITH22@yahoo.com

Debtor and Debtor-in-Possession, Pro Se

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:25-bk-26906 |
|   Joseph Christopher Smith | Chapter 11 (Subchapter V) |
|            Debtor. | Judge: **Hon. Fredrick E. Clement** |

## **CERTIFICATE OF SERVICE AND NOTICE**

I, Joseph Christopher Smith, declare as follows:

1. I am the Debtor in the above-captioned Chapter 11 bankruptcy case. I am over the age of eighteen (18) and competent to make this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On January 21, 2026, I caused true and correct copies of the following documents (collectively, the "Documents") to be served via U.S. Postal Service Certified Mail, First-Class, postage prepaid, and by electronic service where applicable. Documents Served:

   a. Amended Motion for Order Shortening Time for Hearing and Notice on Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14-Day Stay.

   b. Exhibits in Support of Amended Motion for Order Shortening Time for Hearing and Notice on Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14-Day Stay.

   c. Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14-Day Stay, pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m), and Federal Rule of Bankruptcy Procedure 6004(h).

    d. Exhibits in Support of Motion to Approve Sale of Real Property, Sale Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Waiver of 14-Day Stay Period.

    e. Declaration of Joseph Christopher Smith in Support of Motion to Approve Sale of Real Property, to Sell Free and Clear of State of California Judgment Lien and Other Junior Liens and Interests, and Request for Waiver of 14-Day Stay.

3. The Documents were served via U.S. Postal Service Certified Mail on the following parties at the addresses listed below, with each mailing bearing the corresponding USPS Certified Mail tracking number:

| Certified Mail Tracking No. | Party Served | Address |
|---|---|---|
| 9589 0710 5270 3642 1793 91 | City of Sacramento – Department of Utilities | 1395 35th Avenue, Sacramento, CA 95822 |
| 9589 0710 5270 3642 1794 07 | Greg Padilla Bail Bonds | 901 H Street #102, Sacramento, CA 95814 |
| 9589 0710 5270 3642 1795 20 | Sacramento County Recorder | 3636 American River Drive, Sacramento, CA 95864 |
| 9589 0710 5270 3642 1795 13 | Sacramento County Tax Collector | 700 H Street, Room 1710, Sacramento, CA 95814 |
| 9589 0710 5270 3642 1793 77 | Yolo County District Attorney | 301 Second Street, Woodland, CA 95695 |
| 9589 0710 5270 3642 1793 60 | State of California – Franchise Tax Board | P.O. Box 2952, Sacramento, CA 95812 |
| 9589 0710 5270 3642 1793 53 | Clear Recon Corp | 3333 Camino Del Rio South, Suite 225, San Diego, CA 92108 |
| 9589 0710 5270 3642 1793 84 | U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Legacy Mortgage Asset Trust 2018-RPL1, c/o Rushmore Servicing | 8950 Cypress Waters Blvd, Coppell, TX 75019 |

4. In addition, the Documents were served electronically through the Court's noticing procedures and/or email upon the following parties:

    a. **Subchapter V Trustee:** Scott Sackett (scott.sackett@efmt.com)

    b. **Office of the United States Trustee:** Carla Cordero (carla.k.cordero@usdoj.gov)

---

CERTIFICATE OF SERVICE AND NOTICE

5. The foregoing service complies with the applicable provisions of the Federal Rules of Bankruptcy Procedure, including Rules 2002, 6004, and 9014, and with the local rules of the United States Bankruptcy Court for the Eastern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 22, 2026
/s/ Joseph Christopher Smith
Joseph Christopher Smith
Debtor and Debtor in Possession, Pro Se

CERTIFICATE OF SERVICE AND NOTICE